```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 02048
   JACQUELINE LEWIS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5768

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/21/2005 and was confirmed 03/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
AT & T BANKRUPCTY      UNSEC W/INTER      462.91         38.28        462.85
ASSOCIATES             UNSEC W/INTER   NOT FILED           .00           .00
COMMONWEALTH EDISON    UNSEC W/INTER   NOT FILED           .00           .00
EVANS                  UNSEC W/INTER   NOT FILED           .00           .00
RESURGENT ACQUISITION LL UNSEC W/INTER   1081.99         88.23       1081.85
GANTOS                 UNSEC W/INTER   NOT FILED           .00           .00
HIGHLAND               UNSEC W/INTER   NOT FILED           .00           .00
MARSHALL FIELDS        UNSEC W/INTER   NOT FILED           .00           .00
MARSHALL FIELDS        NOTICE ONLY     NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER    136.46         24.66        136.46
POLK BROS              UNSEC W/INTER   NOT FILED           .00           .00
RESURGENT ACQUISITION LL UNSEC W/INTER   1195.35         93.52       1195.20
TARGET                 UNSEC W/INTER   NOT FILED           .00           .00
TARGET                 NOTICE ONLY     NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER       .00           .00           .00
GLENDA J GRAY          DEBTOR ATTY       1,500.00                    1,500.00
TOM VAUGHN             TRUSTEE                                         274.64
DEBTOR REFUND          REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                4,895.69

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      2,876.36
    INTEREST                                     244.69
ADMINISTRATIVE                                 1,500.00
TRUSTEE COMPENSATION                             274.64
DEBTOR REFUND                                       .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 02048 JACQUELINE LEWIS
```

```
                                   ---------------    ---------------
TOTALS                                    4,895.69           4,895.69
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 09/25/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```